**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Bradley Curtis Eggen,

Plaintiff,

v.

City of Minneapolis et al,

Defendant(s),

Case No. 0:26-cv-03349-(NEB-DTS)

**DECLARATION OF GREGORY SAUTTER**

---

Your Declarant is Gregory Sautter. I am a Senior Assistant City Attorney. I represent the City of Minneapolis in this matter. I submit this declaration in support of the City of Minneapolis Motion to Dismiss.

1. Attached as **Exhibit 1** is a true and correct copy of the Register of Actions for *Bradley Curtis Eggen v. City of Minneapolis*, No. 27-CV-26-6580 ("State Action"), available by searching the aforementioned case number, among other things, at https://publicaccess.courts.state.mn.us/CaseSearch.

2. Attached as **Exhibit 2** is a true and correct copy of a Petition for Return of Seized Property Pursuant to MS 626.04, Index #1, filed May 5, 2026, in the State Action.

3. Attached as **Exhibit 3** is a true and correct copy of an Order, Index #15, issued May 5, 2026, the State Action.

4. Attached as **Exhibit 4** is a true and correct copy of a motion, Index #16, filed May 15, 2026, in the State Action.

5. Attached as **Exhibit 5** is a true and correct copy of an order, Index #22, issued May 20, 2026, in the State Action.

6. Attached as **Exhibit 6** is a true and correct copy of a motion to vacate, Index #23, filed June 3, 2026, in the State Action.

7. Attached as **Exhibit 7** is a true and correct copy of a letter, Index #24, filed June 4, 2026, in the State Action.

8. Attached as **Exhibit 8** is a true and correct copy of an objection, Index #39, filed June 11, 2026, in the State Action.

9. Attached as **Exhibit 9** is a true and correct copy of a motion, Index #41, filed June 18, 2026, in the State Action.

10. Attached as **Exhibit 10** is a true and correct copy of a response, Index #44, filed June 29, 2026, in the State Action.

11. Attached as **Exhibit 11** is a true and correct copy of an order, Index #46, issued June 30, 2026, in the State Action.

12. Attached as **Exhibit 12** is a true and correct copy of a squad video recording that depicts the approach and stop of Plaintiff in his vehicle. It is filed conventionally as it is a video, not able to be filed with the ECF system.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed pursuant to Minn. Stat. §358.116 on today's date in Hennepin County, Minnesota.

Date: September 2, 2026

*/s/GregoryPSautter*
Gregory P. Sautter