MINNESOTA
JUDICIAL BRANCH
MINNESOTA COURT RECORDS ONLINE (MCRO)

## Case Details (Register of Actions)

Search executed on 08/28/2026 09:11 AM

### Case Information

**Case Number:** 27-CV-26-6580
**Case Title:** BRADLEY CURTIS EGGEN vs CITY OF MINNEAPOLIS/ MINNEAPOLIS POLICE DEPARTMENT(MPD)
**Case Type:** Civil Other/Misc.
**Date Filed:** **04/21/2026**
**Case Location:** Hennepin County, Hennepin Civil
**Judicial Officer:** Anderson, Jamie L.
**Case Status:** Closed
**Case Flag:** SRL Mandatory eFiler

### Party Information

**Plaintiff**
**EGGEN, BRADLEY CURTIS**
DOB: 11/29/1983
Ham Lake, MN 55304

**Self-Represented Litigant**

**Defendant**
**CITY OF MINNEAPOLIS**
MINNEAPOLIS, MN 55415

**Attorneys Active**
- **SAUTTER, GREGORY PATRICK - Lead Attorney**

**Self-Represented Litigant - Inactive**

**Defendant**
**MINNEAPOLIS POLICE DEPARTMENT**
MINNEAPOLIS, MN 55415

**Attorneys Active**
- **SAUTTER, GREGORY PATRICK - Lead Attorney**

**Self-Represented Litigant - Inactive**

**EXHIBIT 1**

## Case Assignments

### Current Case Assignment

Judicial Assignment: Anderson, Jamie L.
Date of Assignment: 04/23/2026

### Prior Case Assignments

Judicial Assignment: Routel, Colette
Date of Assignment: 04/23/2026
Reassignment Reason: Reassigned

Date of Assignment: 04/21/2026
Reassignment Reason: Initial Assignment

## Case Events

| | | |
|---|---|---|
| **06/30/2026** | Order-Other<br>Index #46 | *5 pages* |
| **06/30/2026** | Case Closed | |
| **06/30/2026** | Affidavit of Service by Posting<br>Index #45 | *1 page* |
| **06/29/2026** | Memorandum<br>Index #44 | *6 pages* |
| **06/26/2026** | Notice by Attorney or Party<br>Index #43 | *2 pages* |
| **06/19/2026** | Affidavit of Plaintiff<br>Index #42 | *3 pages* |
| **06/18/2026** | Notice of Motion and Motion<br>Index #41 | *1 page* |

| | | |
|---|---|---|
| **06/18/2026** | Affidavit of Plaintiff<br>Index #40 | *1 page* |
| **06/11/2026** | Objection<br>Index #39 | *2 pages* |
| **06/10/2026** | Affidavit of Mailing<br>Index #38 | *1 page* |
| **06/09/2026** | Correspondence<br>Index #37 | *1 page* |
| **06/03/2026** | Other Document<br>Index #36 | *1 page* |
| **06/03/2026** | Other Document<br>Index #35 | *1 page* |
| **06/03/2026** | Other Document<br>Index #34 | *1 page* |
| **06/03/2026** | Other Document<br>Index #33 | *1 page* |
| **06/03/2026** | Other Document<br>Index #32 | *1 page* |
| **06/03/2026** | Other Document<br>Index #31 | *1 page* |
| **06/03/2026** | Other Document<br>Index #30 | *1 page* |
| **06/03/2026** | Other Document<br>Index #29 | *1 page* |

| | | |
|---|---|---|
| **06/03/2026** | Other Document<br>Index #28 | 1 page |
| **06/03/2026** | Other Document<br>Index #27 | 1 page |
| **06/03/2026** | Other Document<br>Index #26 | 1 page |
| **06/03/2026** | Other Document<br>Index #25 | 1 page |
| **06/03/2026** | Other Document<br>Index #24 | 1 page |
| **06/03/2026** | Motion to Vacate<br>Index #23 | 3 pages |
| **05/20/2026** | Order Denying Motion<br>Index #22 | 1 page |
| **05/15/2026** | Other Document<br>Index #21 | 1 page |
| **05/15/2026** | Other Document<br>Index #20 | 1 page |
| **05/15/2026** | Other Document<br>Index #19 | 1 page |
| **05/15/2026** | Other Document<br>Index #18 | 1 page |
| **05/15/2026** | Affidavit-Other<br>Index #17 | 1 page |

| | | |
|---|---|---|
| **05/15/2026** | Motion<br>Index #16 | *5 pages* |
| **05/05/2026** | Order-Other<br>Index #15 | *2 pages* |
| **05/05/2026** | Case Closed | |
| **05/05/2026** | Hearing Held In-Person | |
| **04/24/2026** | Notice of Appearance<br>Index #13 | *1 page* |
| **04/23/2026** | Proposed Order or Document<br>Index #12 | *2 pages* |
| **04/23/2026** | Notice of Case Assignment<br>Index #11 | *1 page* |
| **04/23/2026** | Notice of Case Assignment<br>Judicial Officer: Routel, Colette<br>Index #10 | *1 page* |
| **04/23/2026** | Order Granting Fee Waiver<br>Judicial Officer: Conroy, Lois R.<br>Party: Plaintiff EGGEN, BRADLEY CURTIS<br>Index #9 | *3 pages* |
| **04/21/2026** | Other Document<br>Index #8 | *1 page* |
| **04/21/2026** | Law Enforcement Report<br>Index #7 | *1 page* |
| **04/21/2026** | Other Document<br>Index #6 | *1 page* |

**04/21/2026** Other Document
Index #5

**04/21/2026** Other Document
Index #4

**04/21/2026** Affidavit to Request Fee Waiver
Party: Plaintiff EGGEN, BRADLEY CURTIS
Index #3

**04/21/2026** Correspondence
Index #2

**04/21/2026** Petition for Return of Seized Property Pursuant to MS 626.04
Party: Plaintiff EGGEN, BRADLEY CURTIS
Index #1
*5 pages*

## Hearings

Previous Hearings

**05/05/2026**
**01:30 PM**
Hearing
Judicial Officer: Anderson, Jamie L.
Location: GC-C1659
**Result:** Held On the Record

## Dispositions

**05/05/2026**
**Judgment**
Judicial Officer: Anderson, Jamie L.

## Financial Information

**Plaintiff - EGGEN, BRADLEY CURTIS**

| | | |
|---|---|---|
| Fines and Fees | $ | 400.00 |
| Total Payments and Credits | - $ | 400.00 |
| **Current Balance as of 08/28/2026** | **$** | **0.00** |

**Transaction Details**

| | | | | |
|---|---|---|---|---|
| **06/22/2026** | Credit-IFP/Fee Waiver | | - $ | 100.00 |
| **06/22/2026** | Charge | | $ | 100.00 |
| **06/03/2026** | Credit-IFP/Fee Waiver | | - $ | 100.00 |
| **06/03/2026** | Charge | | $ | 100.00 |
| **05/15/2026** | Credit-IFP/Fee Waiver | | - $ | 100.00 |
| **05/15/2026** | Charge | | $ | 100.00 |
| **04/23/2026** | Credit-IFP/Fee Waiver | | - $ | 100.00 |
| **04/23/2026** | Charge | | $ | 100.00 |

**Defendant - CITY OF MINNEAPOLIS**

| | | |
|---|---|---|
| Fines and Fees | $ | 422.00 |
| Total Payments and Credits | - $ | 422.00 |
| **Current Balance as of 08/28/2026** | **$** | **0.00** |

**Transaction Details**

| | | | | |
|---|---|---|---|---|
| **06/29/2026** | E-File Electronic Payment | Receipt # EP27C-2026-25352 | - $ | 100.00 |
| **06/29/2026** | Charge | | $ | 100.00 |
| **04/27/2026** | E-File Electronic Payment | Receipt # EP27C-2026-16340 | - $ | 322.00 |
| **04/27/2026** | Charge | | $ | 322.00 |

Search executed on 08/28/2026 09:11 AM