Filed in District Court
State of Minnesota
5/5/2026 2:32 PM

STATE OF MINNESOTA | DISTRICT COURT

COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT

---

Bradley Curtis Eggen

v.

City of Minneapolis, Minneapolis Police Department.

**ORDER**

Court File No. 27-CV-26-6580

---

This matter came before the undersigned judge on May 5, 2026. Mr. Eggen appeared, representing himself. Defendant was represented by Attorney Gregory Sautter. Based on the entire record, the Court makes the following:

**ORDER**

1. On or before May 15, 2026, Mr. Eggen may arrange to have the motor vehicle in question, the 2000 Dodge Ram 2500 V10 (VIN 1B7KF23W7YJ149563) ("Motor Vehicle"), towed from the Minneapolis impound lot upon:
    a) paying $1,475.97; and
    b) showing proof of title (which, according to Mr. Eggen, is in the Motor Vehicle) and identification matching the title holder; and
    c) showing proof of insurance.
2. If Mr. Eggen chooses to drive the Motor Vehicle away from the impound lot, he must also show proof of a valid driver's license and current registration.
3. The City of Minneapolis must stay further fines and fees through May 15, 2026.

**EXHIBIT 3**

Filed in District Court
State of Minnesota
5/5/2026 2:32 PM

4. If Mr. Eggen fails to retrieve the Motor Vehicle by the end of business on May 15, 2026, the City of Minneapolis may continue to charge accrued fees and schedule the sale of the Motor Vehicle.

5. The City of Minneapolis may not reschedule the sale of the Motor Vehicle until after May 15, 2026.

BY THE COURT:

DATE: May 5, 2026

Jamie L. Anderson