Filed in District Court
State of Minnesota
5/15/2026 3:00 PM

State of Minnesota – District Court – 4th Judicial District
Case No: 27-CV-26-6580
EMERGENCY MOTION TO VACATE ORDER & STAY OF SALE

I, Bradley Eggen, move this Court under rule 60.02 to stay the sale of June 4th auction of my vehicle (my primary dwelling) and vacate the May 5th order based on the following evidence:

1. DEFECTIVE NOTICE: The City failed to provide due process. On 3/15/2025 MPD badge #4492 Listed my address as 818 S 3rd St (Exhibit E), however body-cam footage proves I informed officers I was homeless, which the officers acknowledged. Despite this "Actual Knowledge" the City sent notice to a different incorrect address, which was returned "Undeliverable" (Exhibits A & B).

2. MISREPRESENTATION: An internal police email dated 3/5/2026 (Exhibit C) proves the investigation was complete two months before the May 5th hearing. The City intentionally withheld this from the Court to justify $1,475.00 in storage fees or a "Hold" that was no longer necessary.

3. CONSTITUTIONAL PROTECTION: This truck is my primary dwelling. Under the 4th Amendment and Minnesota homestead principles, I am requesting an Immediate stay of the sale. I am indigent and cannot afford the wealth-barrier of insurance for an operable vehicle on a trailer.

Relief Requested: An Immediate Stay of the June 4th Sale and a hearing to address the City's failure of notice and misrepresentation of the facts.

Signed: Bradley L. Eggen
May 15, 2026

EXHIBIT 4

8:02 PM 62%
gemini.google.com
3

## EMERGENCY MOTION TO VACATE ORDER & STAY SALE

**Case No: 27-CV-26-6580**

**TO: THE HONORABLE JUDGE OF DISTRICT COURT**

I, Bradley Eggen, respectfully move this Court under **Rule 60.02(a), (b), and (c)** for an Emergency Stay of the May 5th Order and a Stay of the June 4th Auction of my vehicle/primary dwelling.

1. NEW EVIDENCE OF DEFECTIVE

Ask Gemini
Fast
Gemini is AI and can make mistakes.

61% 8:02 PM

gemini.google.com

3

**1. NEW EVIDENCE OF DEFECTIVE NOTICE:** I have physical proof (Exhibits A & B) that the City's 2025 notice was returned as "Undeliverable." The City knew notice failed while I was in their custody and waited 12 months to re-attempt service in March 2026.

**2. MISCONDUCT & BREACH OF TRUST:** Internal police emails (Exhibit C) prove the investigation ended March 5, 2026. The City misrepresented the necessity of the hold to the Court on May 5th to justify $1,475 in storage fees.

Ask Gemini

Fast

Gemini is AI and can make mistakes.

8:02 PM 61%

mini.google.com 3

hold to the Court on May 5th to justify $1,475 in storage fees.

**3. MISTAKE OF LAW:** The May 5th Order requires road insurance for a vehicle that is inoperable cargo on a trailer. This is a mistake of law that creates an unconstitutional wealth barrier for an indigent citizen.

**REQUEST FOR RELIEF:** I request an immediate stay of the June 4th sale and a waiver of all storage fees accrued during the City's 14-month delay.

Ask Gemini

Fast

Gemini is AI and can make mistakes.

Filed in District Court
State of Minnesota
5/15/2026 3:00 PM

emini.google.com

is inoperable cargo on a trailer. This is a mistake of law that creates an unconstitutional wealth barrier for an indigent citizen.

**REQUEST FOR RELIEF:** I request an immediate stay of the June 4th sale and a waiver of all storage fees accrued during the City's 14-month delay.

**Date:** May 14, 2026

**Submitted by:** Bradley Eggen (Pro Se)

---

Ask Gemini

Fast

Gemini is AI and can make mistakes.