Filed in District Court
State of Minnesota
5/20/2026 1:55 PM

STATE OF MINNESOTA | DISTRICT COURT

COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT

---

Bradley Curtis Eggen

v.

City of Minneapolis, Minneapolis Police Department.

**ORDER**

Court File No. 27-CV-26-6580

---

This matter came before the undersigned judge in chambers on May 20, 2026.

Mr. Eggen filed an "Emergency Ex Parte Petition for Return of Property" on April 21, 2026 ("First Petition"), in which he moved the Court for "immediate release" of a 2000 Dodge Ram, waiver of all fees and an immediate "stay of sale" of the Ram at auction. (Dkt. 1). The Court held a hearing on the First Petition on May 5, 2026, and issued an Order on the same date. (Dkt. 15). On May 15, 2026, Mr. Eggen filed a very similar "emergency motion" to stay the sale of the Ram at a June 4th auction ("Second Petition"). (Dkt. 16). The Second Petition is a hand-written one-page document, with some AI-generated search results attached. In the Second Petition, Mr. Eggen refers back to allegations from March 2025 and March 2026, both before he filed the First Petition.

Because the Court has already ruled on these issues after the hearing on the First Petition, a hearing date will not be scheduled and Mr. Eggen's motion must be denied.

**ORDER**

1. Mr. Eggen's motion filed May 15, 2026, is DENIED.

BY THE COURT:

Jamie L. Anderson

DATE: May 20, 2026

**EXHIBIT 5**