Filed in District Court
State of Minnesota
6/9/2026 4:21 PM

Minneapolis
City of Lakes

**Office of the City Attorney**
Kristyn Anderson
City Attorney
350 S. Fifth St., Room 210
Minneapolis, MN 55415
TEL 612.673.3000 TTY 612.673.2157
www.minneapolismn.gov

612.673.2683
gregory.sautter@minneapolismn.gov

June 09, 2026

Honorable Jamie L. Anderson
Hennepin County District Court
300 South Sixth Street
Minneapolis, MN 55487

*VIA TylerHost and U.S. Mail*

RE: *Bradley Eggen v. City of Minneapolis, Minneapolis Police Department*
Court File No. 27-CV-26-6580
Update on Disposition of the Vehicle

Dear Judge Anderson:

I am writing to inform the Court and Mr. Eggen that on June 4, 2026, pursuant to Minn. Stat. §168B.08 the City of Minneapolis sold Mr. Eggen's vehicle at auction. With the sale complete, neither Mr. Eggen, nor the City of Minneapolis have any claim to title or ownership of the vehicle. The vehicle was sold for $500.00. That amount was less than the City's costs for the towing, preserving, and storing the vehicle, and the administrative costs associated with the impoundment and sale. Therefore, pursuant to Minn. Stat. §168B.08, Mr. Eggen has no right to a portion of the proceeds of the sale.

Sincerely,

*s/GregoryPSautter*
Gregory P. Sautter
Assistant City Attorney

**EXHIBIT 7**