Filed in District Court
State of Minnesota
6/18/2026 2:08 PM

STATE OF MINNESOTA
COUNTY OF HENNEPIN
DISTRICT COURT
FOURTH JUDICIAL DISTRICT

Bradley Curtis Eggen,
Plaintiff,

v.

City of Minneapolis,
Minneapolis Police Department,
Defendants.

Court File No. 27-CV-26-6580
Judge Jamie L. Anderson

NOTICE OF MOTION AND MOTION FOR CIVIL CONTEMPT AND DAMAGES

TO: DEFENDANT CITY OF MINNEAPOLIS, AND ITS ATTORNEY OF RECORD, GREGORY SAUTTER.

PLEASE TAKE NOTICE that Plaintiff Bradley Curtis Eggen hereby moves this Court for an Order holding the Defendant City of Minneapolis in Civil Contempt and awarding damages.

This Motion is based upon the Court's prior Order dated May 5, 2026, which granted Plaintiff the right to retrieve his 2000 Dodge Ram 2500 V10 (VIN 1B7KF23W7YJ149563) from the Minneapolis Impound Lot. Defendant entered into a constructive bailment and assumed exclusive custody and control over Plaintiff's property. Defendant breached its strict legal duty of care by failing to safeguard the vehicle, resulting in the vehicle being permanently lost or stolen from Defendant's secured facility.

Plaintiff requests an Order finding Defendant in Civil Contempt, and awarding statutory damages pursuant to Minn. Stat. § 604.14 in the amount of $51,240.56 due to Defendant's gross negligence and total failure to preserve the property forced into its custody.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Signed on June 18, 2026, in Anoka County, Minnesota.

/s/ Bradley Curtis Eggen

**EXHIBIT 9**