**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Bradley Curtis Eggen,

Plaintiff,

v.

City of Minneapolis et al,

Defendant(s),

Case No. 0:26-cv-03349-(NEB-DTS)

**PLACEHOLDER FOR SAUTTER DECLARATION EX. 12 (SQUAD VIDEO)**

This document is a Placeholder for the following item which is filed in conventional or physical form with the Clerk's Office.

Exhibit 12 to the Declaration of Gregory Sautter.

This filing was not e-filed for the following reason(s):

☐ Voluminous Document (The document number of the order granting leave to file a voluminous document conventionally is required): *Enter Doc. #*

☐ Physical Object (description): *Enter Description*

☒ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media: Squad Camera Video recording

☐ Other (description): *Enter Description*

File this Placeholder in ECF in place of the item filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).